Before the Second Division, November 29, 1961

No. 66238.—Otto C. Ling & Son, Inc., et al. v. United States, protests 60/15820, etc. (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.